IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANET CHAMPION, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 14-0206-CG-M |
| AUTO-OWNERS INSRUANCE COMPANY, et al., | ) ) ) ) |
| Defendant. | ) |

**ORDER**

This cause is before the court on the parties' Joint Motion for Dismissal of All Claims Against Defendant Gough (Doc. 8).

Upon due consideration, the motion is hereby **GRANTED**, and the plaintiff claims against said defendant are **DISMISSED p**ursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.[1]  Each party shall bear her or its own costs.

**DONE and ORDERED** this 2nd day of June, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, defendant Gough's motion to dismiss (Doc. 5) is deemed to be **MOOT**.